**Hubert F. LAUGHARN, as Trustee in Bankruptcy of Hercules Gasoline Company, a Corporation, Bankrupt, Appellant, v. STATE OF CALIFORNIA, Appellee.**

No. 7613.

Circuit Court of Appeals, Ninth Circuit

June 5, 1935.

Leo V. Youngworth, J. Harold Decker, and Raphael Dechter, all of Los Angeles, Cal., for appellant.

U. S. Webb, Atty. Gen., and John O. Palstine, Deputy Atty. Gen., for the State of California.

Before WILBUR and MATHEWS, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Upon consideration of the record and briefs filed in this court and after oral argument of counsel, ordered decree of District Court affirmed upon the authority of this court's decision in Pauley v. State of California, 75 F.(2d) 120.

---

**LOCAL RETAIL CODE AUTHORITY FOR CHICAGO v. IRMA HAT CO.**

No. 5319.

Circuit Court of Appeals, Seventh Circuit.

June 7, 1935.

For opinion below, see 7 F. Supp. 687.

Dwight H. Green, U. S. Atty., of Chicago, Ill., Harold M. Stephens, Asst. Atty. Gen., and Carl McFarland, A. H. Feller, Basil H. Pollitt, and Henry W. Edgerton, Sp. Assts. to Atty. Gen., for appellants.

Samuel E. Hirsch and Julian H. Levi, both of Chicago, Ill., for appellee.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

The questions presented by this appeal have all been disposed of adversely to appellants by the decisions of the Supreme Court in A. L. A. Schechter Poultry Corporation et al. v. United States (United States v. A. L. A. Schechter Poultry Corporation et al.), 55 S. Ct. 837, 79 L. Ed. ——, decided May 27, 1935; Panama Refining Co. v. Ryan, 293 U. S. 388, 55 S. Ct. 241, 79 L. Ed. ——.

A discussion of the facts and issues is therefore unnecessary.

The decree is affirmed.

---

**C. E. LAWHEAD, Receiver of the Guyandotte Bank, and of the Union Bank and Trust Company, Appellant, v. J. W. FITCHETT, Trustee in Bankruptcy of the Estate of Dez C. Schonthal, Bankrupt, Joseph Schonthal Company, a Corporation, and West Virginia Rail Company, a Corporation, Appellees.**

No. 3807.

Circuit Court of Appeals, Fourth Circuit.

Dec. 17, 1934.

George S. Wallace, of Huntington, W. Va., for appellant.

Philip P. Gibson and J. B. Meek, both of Huntington, W. Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.